## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**WILLIE SCOTT**                                                                    **PLAINTIFF**
**ADC # 70908**

**v.**                                 **CASE NO. 5:13CV00330 BSM**

**AMANDA GRAY, Nurse, Varner Unit Infirmary;**
**and AMANDA SHEA WATT, Nurse, Varner**
 **Unit Infirmary**                                                               **DEFENDANTS**

## ORDER

The proposed findings and recommended disposition ("RD") submitted by United States Magistrate Judge J. Thomas Ray and Willie Scott's objections thereto have been reviewed.  After careful consideration of these documents and a *de novo* review of the record, the RD are hereby adopted in all respects.

IT IS THEREFORE ORDERED that:

1.   Defendants' motion for summary judgment [Doc. No. 65] is granted.

2.   All claims against Gray and Watt are dismissed with prejudice.

3.   It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that *in forma pauperis* appeal from this order and the accompanying judgment will not be take in good faith.

Dated this 10th day of June 2015.

_____
UNITED STATES DISTRICT JUDGE